Submitted on record and briefs May 19, conviction affirmed; sentence modified
June 16, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## MICHAEL M. CHEREPANOV, JR.,
*Appellant.*

(CR91-355; CA A74851)

853 P2d 324

Sally L. Avera, Public Defender, and Louis R. Miles, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, Janie M. Burcart, Assistant Attorney General, and Amanda Buttress, Certified Law Student, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction of sexual abuse in the first degree. ORS 163.425. He challenges only that portion of his sentence that ordered five years of post-prison supervision. The state concedes that OAR 253-05-002(2)(c) prescribes only a three-year period of post-prison supervision.

Conviction affirmed; sentence modified to reduce post-prison supervision to three years.